No. 1218. LIEBERMAN *v.* UNITED STATES; and

No. 1219. MALBIN *v.* UNITED STATES. June 10, 1946. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *A. Harry Weissman* for petitioners. *Solicitor General McGrath, Robert S. Erdahl* and *Leon Ulman* for the United States.

No. 1229. FEDERAL LAND BANK OF SPOKANE ET AL. *v.* BEECHER. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *C. D. Randall* and *Josef Diamond* for petitioners. Respondent *pro se.*

No. 1238. GEORGE F. FISH, INC. ET AL. *v.* UNITED STATES. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Lewis F. Glaser* for petitioners. *Solicitor General McGrath, Robert S. Erdahl, Beatrice Rosenberg, Milton Klein* and *Irving M. Gruber* for the United States.

No. 1241. KAR ENGINEERING Co., INC. *v.* BROWN & SHARPE MANUFACTURING Co. ET AL. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Thomas J. Byrne* and *Clifford H. Byrnes* for petitioner. *Hector M. Holmes* for respondents.

No. 1284. KLEIN *v.* COMMISSIONER OF INTERNAL REVENUE. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Leonard M. Rieser* for petitioner.